**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Fiberco General Engineering Contractors, Inc.** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 3 3 – 0 6 5 4 7 6 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12155 Magnolia Ave. #3B** | |
| Number     Street | Number     Street |
| | P.O. Box |
| **Riverside**          **CA**     **92503** | |
| City               State   ZIP Code | City               State   ZIP Code |
| **Riverside** | Location of principal assets, if different from principal place of business |
| County | |
| | Number     Street |
| | City               State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __Fiberco General Engineering Contractors, Inc.__        Case number (if known) _____

---

**7. Describe debtor's business**

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                 MM / DD / YYYY

      District _____  When _____  Case number _____
                                   MM / DD / YYYY

      District _____  When _____  Case number _____
                                   MM / DD / YYYY

---

Debtor **Fiberco General Engineering Contractors, Inc.** _____    Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____    Relationship _____

District _____    When _____
                                         MM / DD / YYYY

Case number, if known _____

Debtor _____    Relationship _____

District _____    When _____
                                         MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                                         Number    Street

_____

_____
City                         State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

## ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Fiberco General Engineering Contractors, Inc.**

Case number (if known) _____

**14. Estimated number of creditors**
- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/17/2025**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor
**David Zuniga**
Printed name
**President**
Title

**18. Signature of attorney**

X  /s/ Michael R. Totaro  Date **02/17/2025**
Signature of attorney for debtor    MM / DD / YYYY

**Michael R. Totaro**
Printed name
**Totaro & Shanahan, LLP**
Firm name
**P.O. Box 789**
Number    Street

**Pacific Palisades**   **CA**   **90272**
City   State   ZIP Code

**(310) 804-2157**   **Ocbkatty@aol.com**
Contact phone   Email address
**102229**   **CA**
Bar number   State

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3. (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Riverside , California

Date: 2/13/2025

Signature of Debtor 1

Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                    F 1015-2.1.STMT.RELATED.CASES

## United States Bankruptcy Court Central District of California

In Re: Fiberco General Engineering Contractor's , Inc.

Case No: _____

Chapter: 11

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, David Zuniga, declare under penalty of perjury that I am the President of Fiberco General Engineering Contractor's Inc., a California Corporation and on 1/15/2025 the following resolution was duly adopted by the Board of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

Be it Therefore Resolved, that David Zuniga is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation and

Be it Further Resolved, that David Zuniga, President  is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved that David Zuniga, President of this Corporation is authorized and directed to employ the law firm of Totaro & Shanahan, LLP and its attorneys, to represent the Corporation in such bankruptcy case."

Executed on: 2/1/2025

Signed: _____          _____

David Zuniga, President

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro 102229<br>Totaro & Shanahan, LLP<br>P.O. Box 789<br>Pacfic Palisades, CA 90272<br>310 804 2157<br>Ocbkatty@aol.com | |

☒ *Attorney for:* Debtor

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>Fiberco General Engineering Contractors, Inc.<br><br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br>Plaintiff(s),<br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Michael R. Totaro _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☐ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☒ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____

   _____

   _____

   [For additional names, attach an addendum to this form.]

   b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:   2/17/2025

By:   /s/ Michael R. Totaro
       Signature of Debtor, or attorney for Debtor


Name:   Michael R. Totaro
         Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

IN RE:                                                    CHAPTER   11

**Fiberco General Engineering Contractors, Inc.**

DEBTOR(S)                                                 CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **2/17/2025** _____                  Signature: _____

David Zuniga
President

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fiberco General Engineering Contractors, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Renouf Family Trust Attn Jack Renouf P.O. Box 549 Santa Clara, UT 84765 | | Loan | Disputed | | | $450,000.00 |
| 2   Past Payroll | | Past payroll | | | | $134,188.87 |
| 3   Frontier California, Inc Diamond & Dragojevic, LLP 21860 Burbank Blvd. # 370 Woodland Hills, CA | | Property Damage | Disputed | | | $85,000.00 |
| 4   United Rentals 10330 David Taylor Dr. Charlotte, NC 28262 | | Equipment Rental | Disputed | | | $46,833.98 |
| 5   Caterpillar Fincncial Services Corporati 2120 West End Ave. Nashville, TN 37203 | | | Disputed | $369,459.50 | $325,000.00 | $44,459.50 |

Debtor   **Fiberco General Engineering Contractors, Inc.** _____   Case number (if known) _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6   Stellantis 3065 Akers Mill Road # 700 Atlanta, GA | | | Disputed | $51,844.00 | $18,172.00 | $33,672.00 |
| 7   Stellantis 3065 Akers Mill Road # 700 Atlanta, GA | | | Disputed | $51,622.00 | $18,172.00 | $33,450.00 |
| 8   Stellantis 3065 Akers Mill Road # 700 Atlanta, GA | | | Disputed | $48,009.26 | $18,172.00 | $29,837.26 |
| 9   County of Riverside Tax Collector P.O. Box 12005 Riverside, CA 92502 | | Property Taxes | Disputed | | | $25,531.00 |
| 10  Kinsale Ins. Co P.O. Box 734947 Dallas, TX 75373 | | Insurance Premium | Disputed | | | $21,778.00 |
| 11  Worker's Compensation Appeals Board c/o Ghitterman, Ghitterman & Feld 418 E Canon Perdido St. Santa Barbara, CA | | Subrogation | Disputed | | | $20,000.00 |
| 12  Caterpillar Fincncial Services Corporati 2120 West End Ave. Nashville, TN 37203 | | | Disputed | $125,000.00 | $105,000.00 | $20,000.00 |
| 13  Verizon Connect CBE Group 1309 Technology Pkwy Cedar Falls, IA 50613 | | Phones | Disputed | | | $17,390.54 |

Debtor   **Fiberco General Engineering Contractors, Inc.** _____   Case number (if known) _____
　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Caterpillar Fincncial Services Corporati 2120 West End Ave. Nashville, TN 37203 | | | Disputed | $91,770.76 | $75,000.00 | $16,770.76 |
| 15 Mitsubishi HC Capital America 21925 Netwoork Pl Chicago, IL 60673 | | | Disputed | $48,590.69 | $32,375.00 | $16,215.69 |
| 16 Principle Life Insurance Company 1801 Parkview Dr. 1st Fl Shoreview, MN 55126 | | Employee Insurance | Disputed | | | $15,886.06 |
| 17 Caterpillar Fincncial Services Corporati 2120 West End Ave. Nashville, TN 37203 | | | Disputed | $62,936.81 | $48,000.00 | $14,936.81 |
| 18 Caterpillar Fincncial Services Corporati 2120 West End Ave. Nashville, TN 37203 | | | Disputed | $62,936.81 | $48,000.00 | $14,936.81 |
| 19 VSS International Incorporated 3785 Channel Dr. West Sacramento, CA 95691 | | Sub Contractor Service | Disputed | | | $14,397.04 |
| 20 Bewley, Lassieben & Miller 13215 E. Penn St. #510 Whittier, CA 90602 | | Legal Fees | Disputed | | | $13,335.00 |

**Fill in this information to identify the case:**

Debtor Name  **Fiberco General Engineering Contractors, Inc.**

United States Bankruptcy Court for the:  **CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

**1.  Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. | **Real property:** Copy line 88 from Schedule A/B............................................................................................ | $0.00 |
| 1b. | **Total personal property:** Copy line 91A from Schedule A/B........................................................................................ | $2,451,262.00 |
| 1c. | **Total of all property** Copy line 92 from Schedule A/B............................................................................................. | $2,451,262.00 |

| Part 2: | Summary of Liabilities |
|---|---|

**2.  Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... | $2,140,129.62 |

**3.  Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | | |
|---|---|---|
| 3a. | **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F.................................................. | $159,719.87 |
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.......................... | + $689,804.76 |

**4.  Total liabilities**
Lines 2 + 3a + 3b......................................................................................................................... | $2,989,654.25 |

| Fill in this information to identify the case |
|---|
| Debtor name  **Fiberco General Engineering Contractors, Inc.** |
| United States Bankruptcy Court for the:  **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☑ No. Go to Part 2.
    ☐ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    Current value of debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4. **Other cash equivalents**      *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    $0.00

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor    **Fiberco General Engineering Contractors, Inc.**      Case number (if known) _____
<br>Name

**Current value of
debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.

   | | |
   |---|---|
   | | $0.00 |

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes.  Fill in the information below.

    **Current value of
    debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | $70,000.00 | – | $0.00 | = ⋯⋯⋯ → | | $70,000.00 |
| 11b. Over 90 days old: | $0.00 | – | $0.00 | = ⋯⋯⋯ → | | $0.00 |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    | | |
    |---|---|
    | | $70,000.00 |

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

    | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:       % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

    | | |
    |---|---|
    | | $0.00 |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

---

Official Form 206A/B      **Schedule A/B: Assets — Real and Personal Property**      page 2

Debtor   **Fiberco General Engineering Contractors, Inc.**   Case number (if known) _____
　　　　　Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
    　　　　☐ No
    　　　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor     **Fiberco General Engineering Contractors, Inc.**     Case number (if known) _____
_____Name_____

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 3 Desks, 4 Computers | $3,000.00 | Purchase minus depreci | $3,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $3,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2017 Ford F350 75,000** | $21,000.00 | Experience Prior Sale | $21,000.00 |
| 47.2. **2012 Freightliner Dump Truck 485000** | $55,000.00 | Experience, Internet Sal | $55,000.00 |
| 47.3. **2017 Ford F350 73000** | $21,000.00 | Experience and Prior sa | $21,000.00 |
| 47.4. **2014 Freightliner  355,000** | $45,000.00 | Experience, Internet Cor | $45,000.00 |
| 47.5. **20913 Peterbuilt 528,000** | $43,000.00 | Experience, Internet Sal | $43,000.00 |
| 47.6. **2015 Peterbuilt 215,000** | $46,000.00 | Experience, Internet Sal | $46,000.00 |
| 47.7. **2017 Ram Truck 5500 Flat Bed 82,000** | $22,500.00 | Experience, Internet Sal | $22,500.00 |
| 47.8. **2017 Ram Truck 5500 76000** | $24,000.00 | Experience, Internet Sal | $24,000.00 |
| 47.9. **2020 Ram 2500** | $16,470.00 | Kbb.com | $16,470.00 |
| 47.10. **2020 RAM 2500** | $16,470.00 | Kbb.com | $16,470.00 |
| 47.11. **2020 RAM 2500** | $16,470.00 | Kbb.Com | $16,470.00 |
| 47.12. **2021 RAM 1500** | $10,315.00 | Kbb.com | $10,315.00 |
| 47.13. **2021 RAM 2500** | $32,616.00 | Kbb.com | $32,616.00 |

Debtor   **Fiberco General Engineering Contractors, Inc.**                    Case number (if known) _____
         <sub>Name</sub>

| | | | |
|---|---|---|---|
| 47.14. 2023 Jeep Gladiator | $34,711.00 | Kbb.com | $34,711.00 |
| 47.15. 2021 Ford Transit | $25,319.00 | Kbb.com | $25,319.00 |
| 47.16. 2022 RAM 2500 | $18,172.00 | Kbb.com | $18,172.00 |
| 47.17. 2022 RAM 2500 | $18,172.00 | Kbb.com | $18,172.00 |
| 47.18. 2022 RAM 2500 | $18,172.00 | Kbb.com | $18,172.00 |
| 47.19. 440 Landoll Trailer<br>2019 Peterbilt Truck | $220,000.00 | Advertized Internet Sale: | $220,000.00 |
| 47.20. 930 Landoll Trailer | $79,000.00 | Advertized Internet Ads | $79,000.00 |
| 47.21. 2021 Ram 5500 Ser.622348<br>2021 RAM 5500 Ser 47351<br>2021 RAM 5500 Ser 62632 | $165,000.00 | kbb.com | $165,000.00 |
| 47.22. 2021 RAM 5500 Ser 62628 | $55,000.00 | Kbb.com | $55,000.00 |
| 47.23. 2021 RAM 5500 Ser 63032 | $55,000.00 | Kbb.com | $55,000.00 |
| 47.24. 2022 RAM 5500 Ser 51083 | $65,000.00 | Kbb.com | $65,000.00 |
| 47.25. 2022 RAM 3500 Ser. 242567 | $32,375.00 | Kbb.com | $32,375.00 |
| 47.26. Ring o Matic Vacuum Trailer | $35,000.00 | Advertized | $35,000.00 |

**48.** Watercraft, trailers, motors, and related accessories Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. 4 Trailers to Haul Cables | $20,000.00 | Purchase Price | $20,000.00 |
| 48.2. 6 Equipment Trailers | $36,000.00 | Purchase minus depreti: | $36,000.00 |
| 48.3. 2 Vacumn Trailer | $30,000.00 | Experience | $30,000.00 |

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)

| | | | |
|---|---|---|---|
| 2 Asphalt Rollers | $30,000.00 | Purchase minus depreti: | $30,000.00 |
| Asphalt Painting Machine | $12,000.00 | Estimate Older Machine | $12,000.00 |
| 2012 Bore Machine | $60,000.00 | Advertized Internet Sale: | $60,000.00 |
| 5 Identical Trail King trailers TK14U under one<br>contract | $48,000.00 | Advertized Internet Sale: | $48,000.00 |
| 272D3 Loader SN# TY400306 | $105,000.00 | Advertized Internet Sale: | $105,000.00 |
| 303.5E Mini Excavator SN# RE903335 | $48,000.00 | Advertized Internet Sale: | $48,000.00 |
| 926M Loader<br>SN# LTE06239 | $110,000.00 | Advertized Internet Sale: | $110,000.00 |
| 272D3 Loader<br>SN# TP900185 | $55,000.00 | Advertized Internet Sale: | $55,000.00 |
| PM 312 Asphalt Profiler<br>SN# NJX00244 | $325,000.00 | Advertized Internet Sale: | $325,000.00 |
| D2999D3 Loader<br>SN# DY905453 | $55,000.00 | Advertized Internet Sale: | $55,000.00 |
| P385 Weiler Paver<br>SN# P385B-3467 | $75,000.00 | Advertized Internet Sale: | $75,000.00 |
| 272 D3 Loader SN# 1HX201069 and<br>PC306 Grinder Head  SN00131# FPN | $45,000.00 | Advertized Internet Sale: | $45,000.00 |
| 2021 202.5E Mini Excavator<br>SN# JWY07575 | $25,000.00 | Advertized Internet Sale: | $25,000.00 |

| Debtor | Fiberco General Engineering Contractors, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **272D3 Loader** | | |
| **SN# HX200862** | $35,000.00 | **Advertized Internet Sale** | $35,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$2,304,762.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **www.Fibercoinc.com, 909 279 0977 (non functional)** | Unknown | | Unknown |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |

---

| Debtor | **Fiberco General Engineering Contractors, Inc.** | Case number (if known) _____ |
|---|---|---|
|  | Name |  |

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| | $0.00 |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☑ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

| Various Hand Tools for Construction | $10,000.00 |
|---|---|
| Mechanical Shop Tools | $8,500.00 |
| Ditch Witch Trencher JT20XP 2019 Towma Utility 2019 Ditch Witch HX30 Vacuum System 2019 Ditch Witch Utility | $55,000.00 |

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

| | $73,500.00 |
|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor    **Fiberco General Engineering Contractors, Inc.**_____    Case number (if known) _____
　　　　　Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $70,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 86. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,304,762.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $73,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.　91a. | $2,451,262.00 | **+** 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................................................ 　**$2,451,262.00**

**Fill in this information to identify the case:**

Debtor name __**Fiberco General Engineering Contractors, Inc.**__

United States Bankruptcy Court for the: __**CENTRAL DIST. OF CALIFORNIA**__

Case number _____
(if known)

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| | |
|---|---|
| **Creditor's name** __Ally.com/Auto__ | **Describe debtor's property that is subject to a lien** 2020 Ram 2500 |

Amount of claim: **$14,135.16**   Value of collateral: **$16,470.00**

**Creditor's mailing address**
__P.O.Box 660109__

**Describe the lien**
__Agreement__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

__Dallas__          TX    __75266__

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** __12/21/2020__

**Last 4 digits of account number**         __4__ __8__ __8__ __9__

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Amotized over 84 month based on claim**
**Payments to start April 1, 2025**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$2,140,129.62**

Debtor  **Fiberco General Engineering Contractors, Inc.** _____    Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.**

| | | | | |
|---|---|---|---|---|
| **2.2** | Creditor's name<br>Ally.com/Auto | Describe debtor's property that is<br>subject to a lien | $12,165.31 | $16,470.00 |

Creditor's mailing address
P.O.Box 660109 _____

_____

Dallas _____ TX __ 75266 ____

Creditor's email address, if known

_____

Date debt was incurred ___12/21/2020___

Last 4 digits of account
number ___4___9___1___8___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

**2020 RAM 2500**

Describe the lien

**Agreement** _____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amotized over 84 Months based on claim
Payments to Start 4/1/2025**

| | | | | |
|---|---|---|---|---|
| **2.3** | Creditor's name<br>Ally.com/Auto | Describe debtor's property that is<br>subject to a lien | $8,802.87 | $16,470.00 |

Creditor's mailing address
P.O.Box 660109 _____

_____

Dallas _____ TX __ 75266 ____

Creditor's email address, if known

_____

Date debt was incurred ___12/21/2020___

Last 4 digits of account
number ___4___9___3___1___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

**2020 RAM 2500**

Describe the lien

**Agreement** _____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amotized over 84 months based on claim
Payments to start 4/1/2025**

Debtor   **Fiberco General Engineering Contractors, Inc.** _____   Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4**

| Creditor's name | Describe debtor's property that is | $4,524.96 | $10,315.00 |
|---|---|---|---|
| Ally.com/Auto | subject to a lien | | |

**Creditor's mailing address**
P.O.Box 660109

**2021 RAM 1500**

**Describe the lien**

**Agreement**

_____

**Is the creditor an insider or related party?**

Dallas            TX    75266
☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

**Date debt was incurred**    12/21/2020
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**    4  9  5  8

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ Contingent
☐ Unliquidated
☑ No
☑ Disputed
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Amortized over 84 months based on claim
Payments to start on 4/1/2025

**2.5**

| Creditor's name | Describe debtor's property that is | $11,016.00 | $32,616.00 |
|---|---|---|---|
| Ally.com/Auto | subject to a lien | | |

**Creditor's mailing address**
P.O.Box 660109

**2021 RAM 2500**

**Describe the lien**

**Agreement**

_____

**Is the creditor an insider or related party?**

Dallas            TX    75266
☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

**Date debt was incurred**    12/21/2020
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**    4  9  2  0

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ Contingent
☐ Unliquidated
☑ No
☑ Disputed
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Amortized over 84 Months based on claim
Payments to start on 4/1/2025

| Debtor | **Fiberco General Engineering Contractors, Inc.** | Case number (if known) _____ |
|---|---|---|

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  |  | | **Amount of claim** | **Value of collateral** |
|---|---|---|---|---|
|  |  | | Do not deduct the value of collateral. | that supports this claim |

**2.6**

| Creditor's name | Describe debtor's property that is subject to a lien | $44,812.02 | $34,711.00 |
|---|---|---|---|
| Ally.com/Auto | | | |

Creditor's mailing address
P.O.Box 660109

**2023 Jeep Gladiator**

Describe the lien

**Agreement**

_____

Is the creditor an insider or related party?

Dallas          TX     75266

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

Date debt was incurred     12/20/2022

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          **5   7   0   7**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☑ Disputed

☑ No
☐ Yes.  Have you already specified the
      relative priority?

  ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Amortized over 84 months based claim
Payments to start on 4/1/2025**

**2.7**

| Creditor's name | Describe debtor's property that is subject to a lien | $29,702.12 | $25,319.00 |
|---|---|---|---|
| Ally.com/Auto | | | |

Creditor's mailing address
P.O.Box 660109

**2021 Ford Transit**

Describe the lien

**Agreement**

_____

Is the creditor an insider or related party?

Dallas          TX     75266

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

Date debt was incurred     11/2/2023

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          **4   1   9   9**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☑ Disputed

☑ No
☐ Yes.  Have you already specified the
      relative priority?

  ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Amotized over 84 Months based on claim
Payments to start on 4/1/2025**

Debtor   **Fiberco General Engineering Contractors, Inc.** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

<table>
<tr><td></td><td>Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral.</td><td>Column B<br>**Value of collateral**<br>**that supports**<br>**this claim**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.8**

| Creditor's name<br>**Candy Capital Loan #1** | Describe debtor's property that is<br>subject to a lien | $11,470.52 | $11,470.52 |
|---|---|---|---|

Creditor's mailing address
**124 Grove Ave. #309**

**UCC**

_____

Describe the lien

_____

**Loan / Agreement**

_____

**Cedarhurst           NY   11516**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred   **7/9/2024**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number        r   c   o   i

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Amotized over 84 months based on claim**
**Payments to start on 4/1/2025**

**2.9**

| Creditor's name<br>**Candy Capital Loan #2** | Describe debtor's property that is<br>subject to a lien | $30,139.60 | $30,139.60 |
|---|---|---|---|

Creditor's mailing address
**124 Grove Ave. #309**

**UCC**

_____

Describe the lien

_____

**Loan / Agreement**

_____

**Cedarhurst           NY   11516**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred   **7/9/2024**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number        e   r   c   o

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Amortized over 84 Months based on claim**
**Payments to start on 4/1/2025**

Debtor    **Fiberco General Engineering Contractors, Inc.**

Case number (if known) _____

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the | that supports |
| | | value of collateral. | this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.10**

**Creditor's name**
Caterpillar Financial Services Corporati

**Describe debtor's property that is subject to a lien**

$62,936.81          $48,000.00

**Creditor's mailing address**
2120 West End Ave.

5 Identical Trail King trailers TK14U under one co

**Describe the lien**

Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Nashville        TN    37203

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** 2/28/2023

**Last 4 digits of account number** 0 7 4 1

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☑ Disputed

Amortized over 84 months based on value
Payments to start on 4/1/2025

---

**2.11**

**Creditor's name**
Caterpillar Financial Services Corporati

**Describe debtor's property that is subject to a lien**

$125,000.00          $105,000.00

**Creditor's mailing address**
2120 West End Ave.

272D3 Loader SN# TY400306

**Describe the lien**

Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Nashville        TN    37203

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** 12/20/2023

**Last 4 digits of account number** 0 5 0 6

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

- ☐ No. Specify each creditor, including this creditor, and its relative priority.
- ☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☑ Disputed

2 pieces of equipment on one contract.
Amortized over 84 Months based on Value
Payments to start on 4/1/2025/

Debtor   **Fiberco General Engineering Contractors, Inc.** _____   Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

*Column A — Amount of claim* — Do not deduct the value of collateral.

*Column B — Value of collateral that supports this claim*

---

**2.12** Creditor's name
**Caterpillar Finncnial Services Corporati**

Describe debtor's property that is subject to a lien

**303.5E Mini Excavator SN# RE903335**

Amount of claim: **$62,936.81**   Value of collateral: **$48,000.00**

Creditor's mailing address
**2120 West End Ave.** _____

Describe the lien

**Agreement** _____

_____

**Nashville          TN    37203** _____

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    **2/20/2023**

Last 4 digits of account
number        **0   5   0   6**

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**2 pieces of equipment on one contract**
**Amortized over 84 months based on value**

---

**2.13** Creditor's name
**Caterpillar Finncnial Services Corporati**

Describe debtor's property that is subject to a lien

**926M Loader SN# LTE06239**

Amount of claim: **$105,476.87**   Value of collateral: **$110,000.00**

Creditor's mailing address
**2120 West End Ave.** _____

Describe the lien

**Agreement** _____

_____

**Nashville          TN    37203** _____

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    **10/19/2022**

Last 4 digits of account
number        **9   5   3   5**

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Amortized over 84 months based on claim**
**Payments to start on 4/1/2025**

---

Debtor    **Fiberco General Engineering Contractors, Inc.** _____    Case number (if known) _____

| | Column A | Column B |
|---|---|---|
| **Part 1:     Additional Page** | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports<br>this claim |

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.14**  Creditor's name
**Caterpillar Financial Services Corporati**

| Describe debtor's property that is subject to a lien | $58,386.35 | $55,000.00 |

Creditor's mailing address
**2120 West End Ave.**

Describe debtor's property that is subject to a lien

**272D3 Loader SN# TP900185**

Describe the lien

**Agreement**

_____

Is the creditor an insider or related party?

**Nashville          TN    37203**

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

Date debt was incurred    **9/27/2022**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number            **9   5   3   5**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☑ Disputed

☑ No
☐ Yes.  Have you already specified the
          relative priority?

☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
          specified on lines _____

**Amortized over 84 months based on value**
**Payments to start on 4/1/2025**

**2.15**  Creditor's name
**Caterpillar Financial Services Corporati**

| Describe debtor's property that is subject to a lien | $369,459.50 | $325,000.00 |

Creditor's mailing address
**2120 West End Ave.**

Describe debtor's property that is subject to a lien

**PM 312 Asphalt Profiler SN# NJX00244**

Describe the lien

**Agreement**

_____

Is the creditor an insider or related party?

**Nashville          TN    37203**

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

Date debt was incurred    **3/16/2022**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number            **7   0   2   4**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☑ Disputed

☑ No
☐ Yes.  Have you already specified the
          relative priority?

☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
          specified on lines _____

**Amortized over 84 months based on  Value**
**Payments to start on 4/1/2025**

Debtor    **Fiberco General Engineering Contractors, Inc.**    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.16** **Creditor's name**
**Caterpillar Financial Services Corporati**

**Creditor's mailing address**
**2120 West End Ave.**

_____

_____

**Nashville**         **TN**    **37203**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **11/21/2021**

**Last 4 digits of account number**    **5  5  1  1**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
D2999D3 Loader SN# DY905453

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$57,688.78        $55,000.00

Amortized over 84 months based on value
Payments to start on 4/1/2025

**2.17** **Creditor's name**
**Caterpillar Financial Services Corporati**

**Creditor's mailing address**
**2120 West End Ave.**

_____

_____

**Nashville**         **TN**    **37203**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **7/23/2021**

**Last 4 digits of account number**    **5  6  5  4**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
P385 Weiler Paver SN# P385B-3467

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$91,770.76        $75,000.00

Amortized over 84 Months based on value
Payments to start on 4/1/2025

Debtor  **Fiberco General Engineering Contractors, Inc.** _____   Case number (if known) _____

| Part 1: | **Additional Page** |
|---|---|

| | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.18**

**Creditor's name**
**Caterpillar Fincncial Services Corporati**

**Creditor's mailing address**
**2120 West End Ave.** _____

_____

**Nashville**          **TN**   **37203** _____

**Creditor's email address, if known**

_____

**Date debt was incurred**   **7/7/2021**

**Last 4 digits of account**
**number**        **8   4   3   8**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
      relative priority?

      ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

      ☐ Yes.  The relative priority of creditors is
          specified on lines _____

**Describe debtor's property that is
subject to a lien**

**272 D3 Loader SN# 1HX201069 and PC306 Grinder Head**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

|  |  |
|---|---|
| $51,050.91 | $45,000.00 |

**Amortized over 84 months based on value**
**Payments to start on 4/1/2025**

---

**2.19**

**Creditor's name**
**Caterpillar Finuncial Services Corporati**

**Creditor's mailing address**
**2120 West End Ave.** _____

_____

**Nashville**          **TN**   **37203** _____

**Creditor's email address, if known**

_____

**Date debt was incurred**   **12/28/2020**

**Last 4 digits of account**
**number**        **9   0   5   5**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
      relative priority?

      ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

      ☐ Yes.  The relative priority of creditors is
          specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2021 202.5E Mini Excavator SN# JWY07575**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

|  |  |
|---|---|
| $26,796.67 | $25,000.00 |

**Amortized over 84 Months based on value**
**Payments to start on 4/1/2025**

---

| Debtor | Fiberco General Engineering Contractors, Inc. | Case number (if known) _____ |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.20**

**Creditor's name**
**Caterpillar Financial Services Corporati**

**Creditor's mailing address**
**2120 West End Ave.**
_____

**Nashville          TN    37203**
**Creditor's email address, if known**
_____

**Date debt was incurred**    **7/13/2020**

**Last 4 digits of account**
**number**              **0   0   0   0**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

**Amortized over 84 Months based on claim
Payments to start on 4/1/2025**

**Describe debtor's property that is
subject to a lien**
**272D3 Loader SN# HX200862**

**Describe the lien**
**Agreement**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

|  | $32,682.39 | $35,000.00 |
|---|---|---|

**2.21**

**Creditor's name**
**Crossroads Equipment Lease & Finance**

**Creditor's mailing address**
**9385 Haven Ave.**
_____

**Rancho Cucamonga CA   91730**
**Creditor's email address, if known**
_____

**Date debt was incurred**    **2/2/2023**

**Last 4 digits of account**
**number**              **0   9   5   1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

**Amortized over 84 Months based on claim
Payments to start on 4/1/2025**

**Describe debtor's property that is
subject to a lien**
**440 Landoll Trailer 2019 Peterbilt Truck**

**Describe the lien**
**Agreement**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

|  | $130,210.43 | $220,000.00 |
|---|---|---|

| Debtor | **Fiberco General Engineering Contractors, Inc.** | Case number (if known) _____ |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

|  |  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.22**

| **Creditor's name** | **Describe debtor's property that is** | $37,468.00 | $79,000.00 |
|---|---|---|---|
| **Crossroads Equipment Lease & Financ** | **subject to a lien** | | |

**Creditor's mailing address**
**9385 Haven Ave.**

**930 Landoll Trailer**

**Describe the lien**

**Agreement**

_____

**Is the creditor an insider or related party?**

**Rancho Cucamonga CA   91730**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

**Date debt was incurred    11/10/2021**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account
number          8   7   1   9**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
   relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
   specified on lines _____

**Amortized over 84 months based on claim
Payments to start on 4/1/2025**

**2.23**

| **Creditor's name** | **Describe debtor's property that is** | $35,000.00 | $35,000.00 |
|---|---|---|---|
| **Financial Pacific** | **subject to a lien** | | |

**Creditor's mailing address**
**c/o Yolanda Melvin**

**Ditch Witch Trencher JT20XP 2019 Towma Utility 201**

**Describe the lien**

**3455 S. 344th Way  #400**

**Agreement**

_____

**Is the creditor an insider or related party?**

**Federal Way          WA   98001**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

**Date debt was incurred    7/16/2021**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account
number          3   3   0   1**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
   relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
   specified on lines _____

**Amortized over 84 Months based on claim**

Debtor **Fiberco General Engineering Contractors, Inc.** _____ Case number (if known) _____

| Part 1: | Additional Page | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.24** Creditor's name
**Leaf Financing**

Creditor's mailing address
**One Commerce Square**

**2005 Market Street, 14th Floor**

_____

**Philadelphia       PA    19103**

Creditor's email address, if known

_____

Date debt was incurred    **8/5/2021**

Last 4 digits of account
number          **6   1   7   1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**Ring o Matic Vacumn Trailer**

Describe the lien

**Agreement**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

|  |  |
|---|---|
| **$35,000.00** | **$55,000.00** |

**Amortized over 84 Months based on the claim
Payments to start on 4/1/2025**

**2.25** Creditor's name
**Mercury Funding**

Creditor's mailing address
**1950 Swarthmore Ave, Unit 2**

_____

**Lakewood          NJ    08701**

Creditor's email address, if known

_____

Date debt was incurred    **08/08/2024**

Last 4 digits of account
number          **e   r   c   o**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**UCC**

Describe the lien

**Loan / Agreement**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

|  |  |
|---|---|
| **$126,000.00** | **$126,000.00** |

**Amortized over 84 Months based on the claim
Payments to start on 4/1/2025**

Debtor    **Fiberco General Engineering Contractors, Inc.** _____    Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

<table>
<tr><td></td><td></td><td>Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral.</td><td>Column B<br>Value of collateral<br>that supports<br>this claim</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.26**

**Creditor's name**
**Mitsubishi HC Capital America**

**Creditor's mailing address**
**21925 Netwoork Pl**

_____

Chicago            IL    60673
**Creditor's email address, if known**

_____

Date debt was incurred    8/25/2021
**Last 4 digits of account
number**    1  3  8  5

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes. Have you already specified the
relative priority?

  ☐ No. Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is
  specified on lines _____

**Describe debtor's property that is
subject to a lien**                    **$144,583.44**    **$165,000.00**
2021 Ram 5500 Ser.622348 2021 RAM 5500 Ser 47351 2

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**3 Trucks on One Contract.
Amortized over 84 months based on claim
Payments to start on 4/1/2025**

**2.27**

**Creditor's name**
**Mitsubishi HC Capital America**

**Creditor's mailing address**
**21925 Netwoork Pl**

_____

Chicago            IL    60673
**Creditor's email address, if known**

_____

Date debt was incurred    8/25/2021
**Last 4 digits of account
number**    5  0  0  2

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes. Have you already specified the
relative priority?

  ☐ No. Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is
  specified on lines _____

**Describe debtor's property that is
subject to a lien**                    **$50,891.43**    **$55,000.00**
2021 RAM 5500 Ser 63032

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Amortized over 84 Months based on claim
Payments to start on 4/1/2025**

Debtor  **Fiberco General Engineering Contractors, Inc.** _____    Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.28**  Creditor's name
**Mitsubishi HC Capital America**

Describe debtor's property that is
subject to a lien                          $60,192.42        $55,000.00

Creditor's mailing address
**21925 Netwoork Pl** _____

2021 RAM 5500 Ser 62628

Describe the lien

_____  **Agreement**

Is the creditor an insider or related party?

**Chicago**              **IL**    **60673**    ☑ No

Creditor's email address, if known        ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred    **8/25/2021**    ☑ No

Last 4 digits of account                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
number          **5  0  0  1**

As of the petition filing date, the claim is:

Do multiple creditors have an interest in    Check all that apply.
the same property?
☑ No                                      ☐ Contingent
☐ Yes.  Have you already specified the     ☐ Unliquidated
        relative priority?                 ☑ Disputed

    ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**Amortized over 84 Months based on value
Payments to start on 4/1/2025**

**2.29**  Creditor's name
**Mitsubishi HC Capital America**

Describe debtor's property that is
subject to a lien                          $67,641.78        $65,000.00

Creditor's mailing address
**21925 Netwoork Pl** _____

2022 RAM 5500 Ser 51083

Describe the lien

_____  **Agreement**

Is the creditor an insider or related party?

**Chicago**              **IL**    **60673**    ☑ No

Creditor's email address, if known        ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred    **8/25/2021**    ☑ No

Last 4 digits of account                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
number          **5  0  0  3**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?                        ☐ Contingent
☑ No                                      ☐ Unliquidated
☐ Yes.  Have you already specified the     ☑ Disputed
        relative priority?

    ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**Amortized over 84 Months based on value
Payments to start on 4/1/2025**

Debtor   **Fiberco General Engineering Contractors, Inc.** _____   Case number (if known) _____

---

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the | that supports |
| | | | value of collateral. | this claim |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.30**   Creditor's name
**Mitsubishi HC Capital America**

Creditor's mailing address
**21925 Netowork Pl**
_____

Chicago          IL     60673
Creditor's email address, if known
_____

Date debt was incurred       6/8/2022
Last 4 digits of account
number          5   0   0   4

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**2022 RAM 3500 Ser. 242567**

Describe the lien
**Agreement**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$48,590.69**   Column B: **$32,375.00**

Amortized over 84 Months based on valuePayments to start on 4/1/2025

---

**2.31**   Creditor's name
**Stellantis**

Creditor's mailing address
**3065 Akers Mill Road #700**
**Atlanta, GA**
_____

_____
Creditor's email address, if known

Date debt was incurred       1/13/2023
Last 4 digits of account
number          3   6   8   9

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**2022 RAM 2500 0783689**

Describe the lien
**Agreement**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$48,009.26**   Column B: **$18,172.00**

Amortized over 84 Months based on claim
Payments to start on 4/1/2025

---

| Debtor | Fiberco General Engineering Contractors, Inc. | | Case number (if known) | |
|---|---|---|---|---|

## Part 1:    Additional Page

|  | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

### 2.32

**Creditor's name**
Stellantis

Describe debtor's property that is
subject to a lien        $51,844.00      $18,172.00

2022 RAM 2500

**Creditor's mailing address**
3065 Akers Mill Road #700

Describe the lien

Atlanta, GA

Agreement

_____

Is the creditor an insider or related party?

_____

☑ No

**Creditor's email address, if known**

☐ Yes

**Date debt was incurred**    1/13/2023

Is anyone else liable on this claim?

☑ No

**Last 4 digits of account
number**    3  7  0  5

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

**Do multiple creditors have an interest in
the same property?**

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes.  Have you already specified the
relative priority?

☑ Disputed

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Amortized over 84 Months based on claim
Payments to start on 4/1/2025**

### 2.33

**Creditor's name**
Stellantis

Describe debtor's property that is
subject to a lien        $51,622.00      $18,172.00

2022 RAM 2500

**Creditor's mailing address**
3065 Akers Mill Road #700

Describe the lien

Atlanta, GA

Agreement

_____

Is the creditor an insider or related party?

_____

☑ No

**Creditor's email address, if known**

☐ Yes

**Date debt was incurred**    1/13/2023

Is anyone else liable on this claim?

☑ No

**Last 4 digits of account
number**    3  7  0  5

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

**Do multiple creditors have an interest in
the same property?**

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes.  Have you already specified the
relative priority?

☑ Disputed

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Amortized over 84 Months based on claim.
Payments to start on 4/1/2025**

Debtor    **Fiberco General Engineering Contractors, Inc.** _____    Case number (if known) _____

| Part 1: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.34** | Creditor's name | Describe debtor's property that is subject to a lien |  |  |
|---|---|---|---|---|
|  | **Web Funder LLC/Fox Capital Group** |  | $42,121.76 | $42,121.76 |

Creditor's mailing address
**5150 Tamiami Trail N**

**UCC**

Describe the lien

**Loan / Agreement**

_____

Is the creditor an insider or related party?

**Naples            FL    34103**

☑ No

Creditor's email address, if known

☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred    **3/1/2024**

☑ No

Last 4 digits of account
number            **e    r    c    o**

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes.  Have you already specified the
relative priority?

☑ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Amortized over 84 Months based on claim
Payments to start on 4/1/2025**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Fiberco General Engineering Contractors, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,531.00** | **$0.00** |

**County of Riverside Tax Collector**

**P.O. Box 12005**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Riverside                CA     92502**

**Property Taxes**

Date or dates debt was incurred
**2024**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number    **4   1   9   5**

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134,188.87** | **$134,188.87** |
|---|---|---|---|

**Past Payroll**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Past payroll**

Date or dates debt was incurred
**2024**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Debtor    **Fiberco General Engineering Contractors, Inc.**          Case number (if known) _____

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1  Nonpriority creditor's name and mailing address

Unknown

Adrian Angel

c/o Marquez Law Group, APC

9100 Wilshire Blvd. 3445 East Tower

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Beverly Hills          CA      90212

**Basis for the claim:**
**Settlement Employers Liability**

Date or dates debt was incurred      1/6/2025

Last 4 digits of account number      5  0  9  6

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

### 3.2  Nonpriority creditor's name and mailing address

Unknown

Bernardino Vega/WCAB

c/o Ghitterman, Ghitterman & Feld

418 E Canon Perdido St.

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Santa Barbara          CA      93101

**Basis for the claim:**
**Worker's Compensation**

Date or dates debt was incurred      2013

Last 4 digits of account number      9  7  3  0

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

### 3.3  Nonpriority creditor's name and mailing address

$13,335.00

Bewley, Lassieben & Miller

13215 E. Penn St. #510

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Whittier          CA      90602

**Basis for the claim:**
**Legal Fees**

Date or dates debt was incurred      2024

Last 4 digits of account number      e  r  c  o

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

### 3.4  Nonpriority creditor's name and mailing address

Unknown

Fidelino Gonzalez

Dominguez Law Firm

3250 Wilshire Blvd. 22 Fl

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Los Angeles          CA      90010

**Basis for the claim:**
**Motor Vehicle Accident**

Date or dates debt was incurred      4/29/2022

Last 4 digits of account number      2  3  0  6

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor    **Fiberco General Engineering Contractors, Inc.** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.5** Nonpriority creditor's name and mailing address

Frontier California, Inc

Diamond & Dragojevic, LLP

21860 Burbank Blvd. #370

Woodland Hills          CA      91367

Date or dates debt was incurred      2023

Last 4 digits of account number      6  2  2  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Property Damage

Is the claim subject to offset?
☑ No
☐ Yes

$85,000.00

---

**3.6** Nonpriority creditor's name and mailing address

Jesus Vasquez

Melmed Law Group

1801 Century Park East #850

Los Angeles          CA      90067

Date or dates debt was incurred      2021

Last 4 digits of account number      3  3  5  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Employer Liability

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.7** Nonpriority creditor's name and mailing address

JPMBC

P.O. Box 15369

Wilmington          DE      15890

Date or dates debt was incurred      2023

Last 4 digits of account number      0  4  2  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$5,184.14

---

**3.8** Nonpriority creditor's name and mailing address

Kinsale Ins. Co

P.O. Box 734947

Dallas          TX      75373

Date or dates debt was incurred      11/10/2021-11/10/2022

Last 4 digits of account number      9  3  2  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Insurance Premium

Is the claim subject to offset?
☑ No
☐ Yes

$21,778.00

---

Debtor    **Fiberco General Engineering Contractors, Inc.**                              Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**VSS International Incorporated**

**3785 Channel Dr.**

_____

**West Sacramento          CA     95691**

Date or dates debt was incurred          2024

Last 4 digits of account number      n   A   v   e

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Sub Contractor Service**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14,397.04

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

**Worker's Compensation Appeals Board**

**c/o Ghitterman, Ghitterman & Feld**

**418 E Canon Perdido St.**

_____

**Santa Barbara          CA     93101**

Date or dates debt was incurred          2023

Last 4 digits of account number      9   7   3   0

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Subrogation**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$20,000.00

Debtor    **Fiberco General Engineering Contractors, Inc.**    Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**    **Nonpriority creditor's name and mailing address**

**Principle Life Insurance Company**

**1801 Parkview Dr. 1st Fl**

_____

**Shoreview**                    **MN**    **55126**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    **0   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Employee Insurance**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$15,886.06

---

**3.10**    **Nonpriority creditor's name and mailing address**

**Renouf Family Trust**

**Attn Jack Renouf**

**P.O. Box 549**

**Santa Clara**                    **UT**    **84765**

Date or dates debt was incurred    **09/24/2015**

Last 4 digits of account number    **e   r   c   o**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$450,000.00

---

**3.11**    **Nonpriority creditor's name and mailing address**

**United Rentals**

**10330 David Taylor Dr.**

_____

**Charlotte**                    **NC**    **28262**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    **5   8   7   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Equipment Rental**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$46,833.98

---

**3.12**    **Nonpriority creditor's name and mailing address**

**Verizon Connect**

**CBE Group**

**1309 Technology Pkwy**

**Cedar Falls**                    **IA**    **50613**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    **8   4   0   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Phones**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$17,390.54

---

Debtor    **Fiberco General Engineering Contractors, Inc.** _____    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

6.  **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a.   **Total claims from Part 1**                          5a.    $159,719.87

5b.   **Total claims from Part 2**                          5b. **+**   $689,804.76

5c.   **Total of Parts 1 and 2**                            5c.    $849,524.63
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Fiberco General Engineering Contractors, Inc.**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number _____     Chapter **11**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
    (Official Form 206A/B).

2.  List all contracts and unexpired leases

State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Settlement Employers Liability Contract to be REJECTED | **Adrian Angel** c/o Marquez Law Group, APC 9100 Wilshire Blvd. 3445 East Tower |
| | State the term remaining | | |
| | List the contract number of any government contract | | Beverly Hills     CA     90212 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Vacant Yard for Equipment Storage Month to Month Contract to be ASSUMED | **Cal Nevada Growers** 9554 Fruit Ridge Rd. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sacramento     CA     95826 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Debtor Provides Services Contract to be ASSUMED | Lumen Techologies, Inc 100 Centerlink Dr. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Monroe     LA     71203 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Debtor Renders Services, Master Service Agreement Contract to be ASSUMED | MasTec, Inc 800 S. Douglas Road, 10th Fl. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Coral Gables     FL     33134 |

Debtor  **Fiberco General Engineering Contractors, Inc.**　　　　　　　　　Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Build Communication Networks Contract to be ASSUMED** | **Quest Media & Supplies, Inc** | |
| | | | **9000 Foothill Blvd. #100** | |
| | State the term remaining | _____ | | |
| | List the contract number of any government contract | _____ | **Roseville**　　　　**CA**　　**95747** | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease, Month to Month Contract to be ASSUMED** | **Riverside Circle 152 LLC** | |
| | | | **1230 Rosecrans Ave. #270** | |
| | State the term remaining | _____ | | |
| | List the contract number of any government contract | _____ | **Manhattan Beach**　　　**CA**　　**90266** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fiberco General Engineering Contractors, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ **No.** Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ **Yes**

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

<table>
<tr><td colspan="2">**Fill in this information to identify the case and this filing:**</td></tr>
</table>

| | |
|---|---|
| Debtor Name | **Fiberco General Engineering Contractors, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐  Amended Schedule _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/17/2025**                    X _____
　　　　　　　MM / DD / YYYY                        Signature of individual signing on behalf of debtor

**David Zuniga**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fiberco General Engineering Contractors, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue
Check all that apply. | Gross revenue
(before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2025**
MM / DD / YYYY | to | Filing date | ☑ Operating a business
☐ Other _____ | **$386,090.00** |
| For prior year: | From **01/01/2024**
MM / DD / YYYY | to | **12/31/2024**
MM / DD / YYYY | ☑ Operating a business
☐ Other _____ | **$3,200,000.00** |
| For the year before that: | From **01/01/2023**
MM / DD / YYYY | to | **12/31/2023**
MM / DD / YYYY | ☑ Operating a business
☐ Other _____ | **$8,166,065.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer
*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Riverside Circle 152 LLC**
Creditor's name
**1230 Rosecrans Ave. #270**
Street | **Last 3 months** | **$4,500.00** | ☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Rent** |
| | **Manhattan Beach**      **CA**     **90266**
City                          State      ZIP Code | | | |

Debtor   **Fiberco General Engineering Contractors, Inc.**
Name

Case number (if known) _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Cal Nevada Growers**<br>Creditor's name<br>**9554 Fruit Ridge Rd.**<br>Street<br><br>**Sacramento**        **CA**     **95826**<br>City                State    ZIP Code | **Last Three Months** | **$14,550.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **Caterpiller Financial Services, Inc**<br>Creditor's name<br>**2120 West End Ave**<br>Street<br>**P.O. Box 34001**<br><br>**Nashville**        **TN**     **37203**<br>City                State    ZIP Code | **272 D3 Skid Steer Loader** | **01/22/2025** | **$120,000.00** |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Angel v. Fiberco**<br><br><br>**Case number**<br>**23CV005096** | **Labor Dispute**<br>**Settlement is for 295,000**<br>**Debtor's Liability is $50,000** | **Sacramento Superior Court**<br>Name<br>**720 9th St.**<br>Street<br><br>**Sacramento**        **CA**     **95814**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Fiberco General Engineering Contractors, Inc.**                    _____
         Name                                                          Case number (if known)

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Vasquez v. Fiberco | Labor Dispute | County of Sacrmento Superior Court <br> Name | ☑ Pending |
| | | | 720 9th St. <br> Street | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case number <br> 31-2021-00313355-CU-OE-GDS | | Sacramento          CA   95814 <br> City          State   ZIP Code | |
| 7.3. | Gonzalez v. Fiberso | Motor Vehicle | Riverside County Superior Court <br> Name | ☑ Pending |
| | | | 4050 Main St. <br> Street | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case number <br> CVRI2402306 | | Riverside          CA   92501 <br> City          State   ZIP Code | |
| 7.4. | Frontier California, Inc v. Fiberco | Damaged Line | Sacramento Superior Court <br> Name | ☑ Pending |
| | | | 720 9th St. <br> Street | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case number <br> 23CV006223 | | Sacramento          CA   95814 <br> City          State   ZIP Code | |
| 7.5. | Vega v. Fiberco | Worker's Comp. Proceeding | WCAB <br> Name | ☑ Pending |
| | | | c/o Ghitterman, Ghitterman & Feld <br> Street | ☐ On appeal |
| | | | 418 E Canon Perdido St. | ☐ Concluded |
| | Case number <br> ADJ 8499730 | | Santa Barbara          CA   93101 <br> City          State   ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **Fiberco General Engineering Contractors, Inc.**_____    Case number (if known)  _____
　　　　　　Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained  _____

　　　　Does the debtor have a privacy policy about that information?
　　　　☐ No.
　　　　☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
　　　　☐ No. Go to Part 10.
　　　　☐ Yes. Fill in below:

| Debtor | **Fiberco General Engineering Contractors, Inc.** | Case number (if known) | |
| | Name | | |

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:  Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:  Certain Payments or Transfers

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Totaro & Shanahan, LLP** | **Plus filing Fee 1738.00** | 1/25/2025 | **$9,000.00** |
| | **Address** | | | |
| | **P.O. Box 789** | | | |
| | Street | | | |
| | | | | |
| | **Pacific Palisades    CA    90272** | | | |
| | City                State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

☑ None

Debtor    **Fiberco General Engineering Contractors, Inc.**                    Case number (if known) _____
                Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Temporary Yard**<br>Name<br><br>**21206 Old Elsinore Rd.**<br>Street<br><br><br>**Perris        CA    92570**<br>City            State    ZIP Code | **Everyone, Open Public Storage to Park Vehicles**<br><br>Address | **Vehicle Storage** | ☑ No<br>☐ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 6

Debtor   **Fiberco General Engineering Contractors, Inc.** _____   Case number (if known) _____
                        Name

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Provide details below.

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☑ None

26. **Books, records, and financial statements**

    26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

    | | Name and address | | Dates of service | | |
    |---|---|---|---|---|---|
    | 26a.1. | **Smith Marion & Co** | | From | 2008 | To | Present |
    | | Name | | | | |
    | | **1940 Orange Tree Ln #100** | | | | |
    | | Street | | | | |
    | | | | | | |
    | | **Redlands**        **CA**        **92374** | | | | |
    | | City                State      ZIP Code | | | | |

Debtor   **Fiberco General Engineering Contractors, Inc.**_____   Case number (if known) _____
      Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Smith Marion & Co**<br>Name<br>**1940 Orange Tree Ln #100**<br>Street<br><br>**Redlands**   **CA**   **92374**<br>City   State   ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No.
    ☐ Yes.  Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Roberto Zuniga | 2615 Millsweet Pl<br>Riverside, CA 92503 | President | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

    ☑ No
    ☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **David Roberto Zuniga**<br>Name<br>**2615 Millsweet Pl**<br>Street<br><br>**Riverside**   **CA**   **92503**<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>**President** | **President**<br>**$80,000.00** | **Every Week** | **Salary** |

Debtor   **Fiberco General Engineering Contractors, Inc.**
         Name                                                    Case number (if known)   _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.2.  **Lisa Zuniga**
       Name
       **2615 Millsweet Pl**
       Street

       **Riverside**        **CA    92503**
       City                State   ZIP Code

       **Relationship to debtor**
       **Spouse of President**

Clerical $528.00 — Weekly — Services

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.3.  **Amy Zuniga**
       Name
       **2615 Millsweet Pl**
       Street

       **Riverside**        **CA    92503**
       City                State   ZIP Code

       **Relationship to debtor**
       **Daughter of President**

Clerical $600.00 — Weekly — Services

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.4.  **Truly Zuniga**
       Name
       **2615 Millsweet Pl**
       Street

       **Riverside**        **CA    92503**
       City                State   ZIP Code

       **Relationship to debtor**
       **Daughter of President**

Clerical $400.00 — Weekly — Services

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.5.  **Land Zuniga**
       Name
       **2615 Millsweet Pl**
       Street

       **Riverside**        **CA    92503**
       City                State   ZIP Code

       **Relationship to debtor**
       **Son of President**

Field Services $600.00 — Weekly — Services

Debtor   **Fiberco General Engineering Contractors, Inc.**   Case number (if known) _____
   Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.6.  **Jarom Zuniga**<br>Name<br>**2615 Millsweet Pl**<br>Street<br><br>**Riverside**   **CA**   **92503**<br>City    State  ZIP Code<br><br>**Relationship to debtor**<br>**Son of President** | **Field Services**<br>**$600.00** | **Weekly** | **Services** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

Name of the pension fund                                   Employer Identification number of the pension fund
**Cal Savers**                                             EIN: _3_ _3_ – _0_ _6_ _5_ _4_ _7_ _6_ _4_

---

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/17/2025**
               MM / DD / YYYY

X _____         Printed name  **David Zuniga**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re  **Fiberco General Engineering Contractors, Inc.**                  Case No. _____

                                                                         Chapter   **11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept.................................................................. | **$9,000.00** |
   | Prior to the filing of this statement I have received........................................................ | **$9,000.00** |
   | Balance Due.................................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **02/17/2025** | /s/ Michael R. Totaro |
| *Date* | *Michael R. Totaro*   Bar No.  102229 |
| | Totaro & Shanahan, LLP |
| | P.O. Box 789 |
| | Pacific Palisades, CA 90272 |
| | Phone: (310) 804-2157 |

---

**David Zuniga**
**President**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael R Totaro**<br>**Bar Number: 102229**<br>**Totaro & Shanahan, LLP**<br>**PO Box 789**<br>**Pacific Palisades, CA 90272**<br>**Phone: (310) 804-2157**<br>**Email: Ocbkatty@aol.com**<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNI    RIVERSIDE DIVISION

| In re:<br><br>**FIBERCO GENERAL ENGINEERING CONTRCTORS, INC.** | CASE NO.:<br>CHAPTER: 11   SUB-v |
|---|---|
| | ### VERIFICATION OF MASTER MAILING LIST OF CREDITORS<br><br>### [LBR 1007-1(a)] |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___**2/17/2025**___

_____
Signature of Debtor

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: ___**2/17/2025**___

/s/ Michael R. Totaro
_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                **F 1007-1.MAILING.LIST.VERIFICATION**

Adrian Angel
c/o Marquez Law Group, APC
9100 Wilshire Blvd. 3445 East Tower
Beverly Hills, CA 90212


Ally.com/Auto
P.O.Box 660109
Dallas,TX 75266


Bernardino Vega/WCAB
c/o Ghitterman, Ghitterman & Feld
418 E Canon Perdido St.
Santa Barbara, CA 93101


Bewley, Lassieben & Miller
13215 E. Penn St. #510
Whittier, CA 90602


Cal Nevada Growers
9554 Fruit Ridge Rd.
Sacramento, CA 95826


Candy Capital Loan #1
124 Grove Ave. #309
Cedarhurst, NY 11516


Candy Capital Loan #2
124 Grove Ave. #309
Cedarhurst, NY 11516


Caterpillar Fincncial Services Corporati
2120 West End Ave.
Nashville, TN 37203


County of Riverside Tax Collector
P.O. Box 12005
Riverside, CA 92502

Crossroads Equipment Lease & Finance
9385 Haven Ave.
Rancho Cucamonga, CA 91730


Fidelino Gonzalez
Dominguez Law Firm
3250 Wilshire Blvd. 22 Fl
Los Angeles, CA 90010


Financial Pacific
c/o Yolanda Melvin
3455 S. 344th Way  #400
Federal Way, WA 98001


Frontier California, Inc
Diamond & Dragojevic, LLP
21860 Burbank Blvd. #370
Woodland Hills, CA 91367


Jesus Vasquez
Melmed Law Group
1801 Century Park East #850
Los Angeles, CA 90067


JPMBC
P.O. Box 15369
Wilmington, DE 15890


Kinsale Ins. Co
P.O. Box 734947
Dallas, TX 75373


Leaf Financing
One Commerce Square
2005 Market Street, 14th Floor
Philadelphia, PA 19103


Lumen Techologies, Inc
100 Centerlink Dr.
Monroe, LA 71203

MasTec, Inc
800 S. Douglas Road, 10th Fl.
Coral Gables, FL 33134


Mercury Funding
1950 Swarthmore Ave, Unit 2
Lakewood, NJ 08701


Mitsubishi HC Capital America
21925 Netwoork Pl
Chicago, IL 60673


Past Payroll


Principle Life Insurance Company
1801 Parkview Dr. 1st Fl
Shoreview, MN 55126


Quest Media & Supplies, Inc
9000 Foothill Blvd. #100
Roseville, CA 95747


Renouf Family Trust
Attn Jack Renouf
P.O. Box 549
Santa Clara, UT 84765


Riverside Circle 152 LLC
1230 Rosecrans Ave. #270
Manhattan Beach, CA 90266


Stellantis
3065 Akers Mill Road #700
Atlanta, GA

United Rentals
10330 David Taylor Dr.
Charlotte, NC 28262


Verizon Connect
CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613


VSS International Incorporated
3785 Channel Dr.
West Sacramento, CA 95691


Web Funder LLC/Fox Capital Group
5150 Tamiami Trail N
Naples, FL 34103


Worker's Compensation Appeals Board
c/o Ghitterman, Ghitterman & Feld
418 E Canon Perdido St.
Santa Barbara, CA 93101